# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF LOUISIANA

IN RE:                                                    CASE NO. 11-81619

Gulf States Underwriters of Louisiana, Inc.,    CHAPTER 11
            *Debtor*

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE

     PLEASE TAKE NOTICE that Stephen F. Chiccarelli has assumed representation of John J. Cummings, III in the above referenced proceedings and respectfully requests that, pursuant to Bankruptcy Rule 9010, his appearance and the following address be noted in the record and added to the mailing matrix in the above referenced case:

> Stephen F. Chiccarelli (#16858)
> Email: schiccarelli@bakerdonelson.com
> Baker, Donelson, Bearman,
> Caldwell & Berkowitz, PC
> Chase North Tower, 20th Floor
> 450 Laurel Street
> Baton Rouge, Louisiana 70801

     PLEASE TAKE FURTHER NOTICE that all notices given and required to be served in this case, including the notice and papers referred to in Rule 2002 of the Bankruptcy Rules and, without limitation, any orders, pleadings, motions, applications, demands, hearings, disclosure statements, answers, responses, memoranda or briefs in support of the following and any other documents brought before the Court with respect to these proceedings, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, facsimile, telex, or otherwise shall be served upon John J. Cummings, III, through its above listed counsel of record.

824674.1

Baton Rouge, Louisiana, January 23, 2012.

/s/ Stephen F. Chiccarelli
Stephen F. Chiccarelli (#16858)
Baker, Donelson, Bearman,
Caldwell & Berkowitz, PC
Chase North Tower, 20th Floor
450 Laurel Street
Baton Rouge, LA 70801
Telephone: (225) 381-7000
Email: schiccarelli@bakerdonelson.com

824674.1

BA SFC 46297 v1

9600000-000100 01/23/2012

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF LOUISIANA

IN RE:                               CASE NO. 11-81619

Gulf States Underwriters of Louisiana, Inc.,    CHAPTER 11
          *Debtor*

## CERTIFICATE OF SERVICE

I hereby certify that on January 23, 2012, a copy of the foregoing Notice of Appearance and Request for Service was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to L. Larmie Henry, counsel for debtor, at email address: Laramie@henry-law.com by operation of the court's electronic filing system. I also certify that I have mailed by United States Postal Service this filing to the following non-CM/ECF participants:

*U. S. Trustee*
Office of U. S. Trustee
200 Fannin Street, Suite 3196
Shreveport, LA 71101

Nantucket Bay Subdivision, LLC
c/o Christina Singleton
1039 Lakeshore Blvd.
Slidell, LA 70461-4679

*Debtor*
Gulf States Underwriters of Louisiana, Inc.
c/o Richard Sanders
P. O. Box 384
Amite, LA 70422

Rapides Parish Sheriff
701 Murray Street
Alexandria, LA 71301

                                       /s/ Stephen F. Chiccarelli
                                       Stephen F. Chiccarelli (#16858)

824674.1

BA SFC 46297 v1

9600000-000100 01/23/2012